IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AVIONIQS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>                    Defendant. | Case No. 3:15-cv-377<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Avioniqs, LLC ("Avioniqs") hereby files its Certificate of Interested Persons as follows:

**A.     For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

Avioniqs does not have a parent corporation, and there is no publicly held corporation owning ten percent (10%) or more of its membership interests.

**B.     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

Avioniqs has a financial interest in the outcome of this litigation as the owner of the patents in suit with the right to prosecute, and receive, all damages, royalties, awards and compensation for past, present, and/or future infringement.  Brian Yates has a financial interest in the outcome of this litigation as the owner of 100% of the membership interests of Avioniqs.  Lloyd Kraus has a financial interest in the outcome of this litigation as the Manager of Avioniqs.  Strategic Design Federation W, Inc., has a financial interest in the outcome of this litigation by virtue of a contract with Avioniqs.  Tadlock Law Firm PLLC has a financial interest in the outcome of this litigation by virtue of a contract for attorney's fees with Avioniqs.

Dated: February 6, 2015                     Respectfully submitted,

                            */s/ Craig Tadlock*
                            Craig Tadlock
                            State Bar No. 00791766
                            John J. Harvey, Jr.
                            State Bar No. 09179770
                            **TADLOCK LAW FIRM PLLC**
                            2701 Dallas Parkway, Suite 360
                            Plano, Texas 75093
                            903-730-6789
                            craig@tadlocklawfirm.com
                            john@tadlocklawfirm.com

                            ***Attorneys for Plaintiff Avioniqs, LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2015.

                            */s/ Craig Tadlock*
                            Craig Tadlock