IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AVIONIQS, LLC,<br><br>                        Plaintiff,<br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>                       Defendant. | Case No. 3:15-cv-377<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**AVIONIQS, LLC'S
NOTICE OF RELATED CASES**

Plaintiff Avioniqs, LLC ("Avioniqs") files this Notice of Related Cases, as follows:

On February 6, 2015, Avioniqs filed 30 Complaints for patent infringement in the Northern District of Texas, Dallas Division, each asserting infringement of U.S. Patents 5,771,020 and 7,688,214, as set forth below:

| Case No.: | Defendant(s): | Original Judge: | New Judge (Date reassigned): |
|---|---|---|---|
| 3:15-cv-368 | Aerovias de Mexico S.A. de C.V. a/k/a AeroMexico | Fitzwater | Godbey (2/9/2015) |
| 3:15-cv-369 | Air Canada | Cummings | |
| 3:15-cv-370 | Alaska Airlines, Inc. | Boyle | |
| 3:15-cv-371 | American Airlines, Inc., US Airways, Inc. | Lindsay | Lynn (2/9/2015) |
| 3:15-cv-372 | British Airways PLC | Lynn | |
| 3:15-cv-374 | Delta Air Lines, Inc. | Fitzwater | Kinkeade (2/9/2015) |
| 3:15-cv-375 | Emirates a/k/a Emirates Airlines, Inc. | Lynn | |
| 3:15-cv-376 | Etihad Airways | Godbey | |
| 3:15-cv-377 | Frontier Airlines, Inc. | Cummings | |
| 3:15-cv-378 | JetBlue Airways Corporation | Godbey | |
| 3:15-cv-380 | Koninklijke Luchtvaart Maatschappij N.V. a/k/a KLM Royal Dutch Airlines | Lynn | |
| 3:15-cv-381 | Korean Air Lines Co., Ltd. | Lynn | |
| 3:15-cv-382 | Deutsche Lufthansa A.G. and Lufthansa Cargo A.G. | Boyle | |
| 3:15-cv-383 | Qantas Airways Limited | Godbey | |
| 3:15-cv-384 | Qatar Airways Q.C.S.C. | Boyle | |
| 3:15-cv-385 | Spirit Airlines, Inc. | Lynn | |
| 3:15-cv-386 | MN Airlines, LLC d/b/a Sun Country Airlines | Fitzwater | Godbey (2/9/2015) |
| 3:15-cv-387 | United Airlines, Inc. | Boyle | |
| 3:15-cv-388 | Virgin America Inc. a/k/a Virgin America Airlines, Inc. | Boyle | |

| | | | |
|---|---|---|---|
| 3:15-cv-390 | WestJet Airlines Ltd. | Lynn | |
| 3:15-cv-391 | Air China Cargo Company Limited | Lindsay | Lynn (2/9/2015) |
| 3:15-cv-392 | Asiana Airlines, Inc. | Boyle | |
| 3:15-cv-393 | Cargolux Airlines International, S.A. | Lynn | |
| 3:15-cv-394 | China Cargo Airlines Ltd. | Fish | Godbey (2/9/2015) |
| 3:15-cv-395 | DHL Express (USA), Inc. | Fitzwater | Godbey (2/9/2015) |
| 3:15-cv-396 | EVA Airways Corporation | Fitzwater | |
| 3:15-cv-397 | FedEx Corporation | Lindsay | Godbey (2/9/2015) |
| 3:15-cv-398 | Nippon Cargo Airlines Co., Ltd. | Fish | Lynn (2/9/2015) |
| 3:15-cv-399 | Singapore Airlines Cargo PTE Ltd | Lynn | |
| 3:15-cv-400 | United Parcel Service, Inc. | Lindsay | Lynn (2/9/2015) |

Dated: February 10, 2015                    Respectfully submitted,

                                             */s/ Craig Tadlock*
                                             Craig Tadlock
                                             State Bar No. 00791766
                                             John J. Harvey, Jr.
                                             State Bar No. 09179770
                                             TADLOCK LAW FIRM PLLC
                                             2701 Dallas Parkway, Suite 360
                                             Plano, Texas 75093
                                             903-730-6789
                                             craig@tadlocklawfirm.com
                                             john@tadlocklawfirm.com

                                             ***Attorneys for Plaintiff Avioniqs, LLC***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.1(e) on February 10, 2015.

                                             */s/ Craig Tadlock*
                                             Craig Tadlock