IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

AVIONIQS LLC,                              )
                                           )
      Plaintiff,                       )
                                           )      Civil No.  3:15-CV-0377-K
v.                                         )
                                           )
FRONTIER AIRLINES, INC.,                   )
                                           )
      Defendants.                      )

## ORDER OF TRANSFER

The above styled and numbered case is **TRANSFERRED** to the docket of the

Honorable David C. Godbey, before whom a related case with a lower number, viz.,

3:15-CV-0368-N, is pending, and shall henceforth carry the suffix letter "N".

**SO ORDERED**.

Signed February 10th, 2015.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE

-1-