IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AVIONIQS, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:15-CV-377 |
| | § | |
| v. | § | PATENT CASE |
| | § | |
| FRONTIER AIRLINES, INC., | § | DEMAND FOR JURY TRIAL |
| | § | |
| Defendant. | § | |

**FRONTIER AIRLINES, INC.'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Frontier Airlines, Inc. ("Defendant") respectfully requests an extension of time of 45 days to answer or otherwise respond to Plaintiff's Complaint.  Counsel for Defendant has consulted with counsel for Plaintiff and Plaintiff consents to this extension.  In support of this Motion, Defendant states as follows:

1. On February 6, 2015, Plaintiff filed its Complaint in this case.  The Complaint alleges infringement of United States Patent Nos. 5,771,020 and 7,688,214.

2. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant must serve its Answer within 21 days after being served with the summons and Complaint.  Defendant was served on February 18, 2015, and therefore is required to serve its Answer or responsive pleading by March 11, 2015.

3. On March 6, 2015 counsel for Defendant conferred with counsel for Plaintiff regarding the timing of Defendant's response to the Complaint.  Counsel for Plaintiff consented to Defendant's request for a 45-day extension, which would make the new deadline April 27, 2015.

      4.      The relief requested is for good cause and will not result in undue delay in the administration of the case.

      5.      No other extension has been requested in this case, and no dates have been set for a pre-trial conference or trial.

For these reasons, Defendant Frontier Airlines, Inc. respectfully requests that the Court extend the time for responding to Plaintiff's Complaint to April 27, 2015.

Dated:  March 6, 2015                    Respectfully submitted,

                                         **GRIFFITH BATES CHAMPION & HARPER LLP**

                                         */s/ Casey Griffith*
                                         Casey Griffith
                                         Texas Bar No. 24036687
                                         Casey.Griffith@griffithbates.com
                                         ----
                                         5910 N Central Expressway, Suite 1050
                                         Dallas, Texas 75206
                                         214-238-8400 | Main
                                         214-238-8401 | Fax

                                         -and-

                                         Henry Griffin
                                         Texas Bar No. 24069828
                                         hgriffin@mayerbrown.com
                                         ----
                                         MAYER BROWN LLP
                                         700 Louisiana St., Ste. 3400
                                         Houston, Texas 77002
                                         713-238-2688 | Main
                                         713-238-4688 | Fax

                                         **COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5.1, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system on March 6, 2015.

                                         */s/ Casey Griffith*
                                         Casey Griffith

### CERTIFICATE OF CONFERENCE

  I certify the parties have conferred pursuant to Local Rule 7.1, and counsel for Plaintiff does not oppose this motion.

                                         */s/ Henry Griffin*
                                         Henry Griffin