IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AVIONIQS, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:15-CV-377 |
| | § | |
| v. | § | PATENT CASE |
| | § | |
| FRONTIER AIRLINES, INC., | § | DEMAND FOR JURY TRIAL |
| | § | |
| Defendant. | § | |

## PROPOSED ORDER

Before the Court is Frontier Airlines, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint. The Court, having considered the Motion and having found good cause, therefore hereby ORDERS that the Motion is GRANTED. Frontier Airlines, Inc.'s deadline to answer or otherwise respond to Plaintiff's Complaint is April 27, 2015.

Dated:  March _____, 2015

_____
DAVID C. GODBEY
U.S. DISTRICT JUDGE