Civil Action No. 3:15-CV-00377-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __FRONTIER AIR LINES INC.__

was received by me on *(date)* __02/13/2015__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* DELIVERED TO FRONTIER AIRLINES INC BY DELIVERING TO ITS REGISTERED AGENT, THE PRENTICE HALL CORPORATION BY CERTIFIED MAIL RETURN RECIEPT REQUESTED AT 211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701 ON 02/18/2015. U.S.P.S 3811 RECIVED BY SA VERTREES, AN AUTHORIZED AGENT OF ***

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/31/2015__

*Server's signature*

CHARITY N. COLEMAN, P.P.S. SCH2761
*Printed name and title*

5470 LYNDON B. JOHNSON FREEWAY
DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc:
*** PRENTICE HALL CORPORATION IS ATTACHED.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Avioniqs LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:15-cv-00377-K |
| | ) | |
| Frontier Airlines Inc | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Frontier Airlines Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Craig Tadlock
2701 Dallas Parkway, Suite 360
Plano , TX 75093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 02/10/2015

*Signature of Clerk or Deputy Clerk*

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Special Delivery Service, Inc.
5470 L. B. J. Freeway
Dallas, TX  75240

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>SA Vertrees   2/8/15 |
| 1. Article Addressed to:<br><br>FRONTIER AIRLINES INC<br>C/O  THE PRENTICE HALL CORPORATION<br><br>211 E. 7TH STREET, SUITE 620<br>AUSTIN                    TX 78701 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)           ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 1710 0000 5001 4385 |

PS Form 3811, July 2013        Domestic Return Receipt        0440465