**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **AVIONIQS, LLC,**  Plaintiff,  v.  **FRONTIER AIRLINES, INC.,**  Defendant. | Case No. 3:15-cv-377  **PATENT CASE**  **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE,**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Avioniqs, LLC hereby dismisses this action against Defendant Frontier Airlines, Inc. ("Defendant"), without prejudice. Defendant has not served either an answer or a motion for summary judgment in this matter.

Dated: April 23, 2015

Respectfully submitted,

 /s/ *Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
214-785-6014
craig@tadlocklawfirm.com
john@tadlocklawfirm.com

*Attorneys for Plaintiff Avioniqs, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon all counsel of record on April 23, 2015 via the Court's CM/ECF system. A copy of the foregoing will also be served on all known counsel for Defendant who have not appeared.

                                                                */s/ Craig Tadlock*
                                                                 Craig Tadlock